# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26I0127. TRADITIONS HEALTH, LLC et al. v. LACEY BROWN et al.

Lacey Brown and Erin Goodemote ("Plaintiffs") sued Traditions Health LLC, Tonya Payne, and Hannah Rousey ("Defendants") asserting several claims, including one for alleged violations of Georgia's RICO statute, OCGA § 16-14-1, et seq. Defendants filed a motion to dismiss Plaintiffs' RICO claim and on December 1, 2025, the trial court entered an order denying that motion. The trial court issued a certificate of immediate review on December 16, 2025, and Defendants then filed this application for interlocutory appeal.[1] We lack jurisdiction.

Under OCGA § 5-6-34(b), a party may seek interlocutory review only if the trial court "certifies within ten days of entry" of the order at issue that immediate review should be had. The requirements of OCGA § 5-6-34(b) are jurisdictional. *Settendown Pub. Utility v. Waterscape Utility*, 324 Ga. App. 652, 653 (751 SE2d 463) (2013). Here, the certificate of immediate review was filed fifteen days after entry of the order Defendants seek to appeal.

---

[1] Defendants filed their application in the Supreme Court, which transferred the application to this Court. Case No. S26I0658 (Jan. 15, 2026).

Consequently, we are without jurisdiction to consider this application, which is hereby DISMISSED. See *Turner v. Harper*, 231 Ga. 175, 175 (200 SE2d 748) (1973)



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/02/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*